United States District Court
Southern District of Texas

**ENTERED**

November 25, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JOHAN NORRMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>KBR, INC., STUART J. B. BRADIE, and MARK W. SOPP,<br><br>     Defendants. | Civil Action No.: 4:25-cv-04464 |

## ORDER REGARDING TIME TO ANSWER OR OTHERWISE PLEAD

THIS CAUSE came before the Court upon the parties' Joint Stipulation and Proposed Order Regarding Time to Answer or Otherwise Plead and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.     Within fourteen (14) days following entry of an order by the Court pursuant to the Private Securities Litigation Reform Act of 1995 appointing a Lead Plaintiff and approving Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule.

2.     Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

3.     Except as specifically set forth herein, all rights, claims, and defenses of the parties are fully preserved.

4.     This stipulation is entered into without prejudice to any party seeking any interim relief.

SIGNED at Houston, Texas, on this the 24th day of November, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE