United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JOHAN NORRMAN, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

KBR, INC., STUART J. B. BRADIE, and
MARK W. SOPP,

    Defendants.

Civil Action No.: 4:25-cv-04464

**ORDER TO VACATE SCHEDULING CONFERENCE
AND SET AMENDED COMPLAINT SCHEDULE**

THIS CAUSE came before the Court upon the parties' Joint Stipulation and Proposed Order to Vacate Scheduling Conference and Set Amended Complaint Schedule and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.    The Initial Pretrial and Scheduling Conference set for January 9, 2026 is adjourned.

2.    Lead Plaintiff shall file an amended complaint (the "Amended Complaint") within 60 days of the appointment of the Lead Plaintiff and approval of Lead Counsel.

3.    Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint within 60 days of the Amended Complaint's filing.

4.    If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition(s) to such motion(s) within 60 days of the motion(s) to dismiss filing.

5.    If Defendants move to dismiss the Amended Complaint and Lead Plaintiff files any opposition(s) to such motion(s), Defendants may file a reply within 30 days of the relevant opposition(s) to dismiss.

6.      Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

7.      This stipulation is entered into without prejudice to any party seeking any interim relief.

SIGNED this 30th day of Decembewr, 2025.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE