United States District Court
Southern District of Texas

**ENTERED**

March 02, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JOHAN NORRMAN, Individually and on Behalf of All Others Similarly Situated, <br><br>    Plaintiff, <br><br>    v. <br><br> KBR, INC., STUART J. B. BRADIE, and MARK W. SOPP, <br><br>    Defendants. | Civil Action No.: 4:25-cv-04464 |

**[PROPOSED] ORDER TO EXTEND SCHEDULING DEADLINES AND SET
AMENDED COMPLAINT SCHEDULE**

THIS CAUSE came before the Court upon the parties' Joint Stipulation to Extend Scheduling Deadlines and Set Amended Complaint Schedule and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.	Lead Plaintiff shall file an amended complaint (the "Amended Complaint") on or before March 19, 2026.

2.	Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before May 18, 2026.

3.	If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file any opposition(s) to such motion on or before July 20, 2026.

4.	If Defendants move to dismiss the Amended Complaint and Lead Plaintiff files any opposition(s) to such motion(s), Defendants may file a reply on or before August 19, 2026.

SIGNED this 2nd day of March, 2026.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE